IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Z.C., by his mother, STEPHANIE C.,

                Plaintiff,

v.                                                                                                            ORDER

THE MADISON METROPOLITAN                                                    20-cv-807-jdp
SCHOOL DISTRICT,

                Defendant.

---

Plaintiff Stephanie C. alleged that the Madison Metropolitan School District violated her son Z.C's rights under the Americans with Disabilities Act and the Rehabilitation Act. The parties have reached a settlement, for which court approval is required because the beneficiary of the settlement is a minor,. Wis. Stat. § 807.10. Z.C. moves for approval of the settlement, Dkt. 13, and to appoint a guardian ad litem to represent Z.C., Dkt. 12.

At a July 6 hearing on the proposed settlement, the court expressed approval of the settlement amount, but posed questions about the use of the settlement funds and the amount of attorney fees. After the hearing, Z.C. filed additional materials in support of the plan for the settlement proceeds, Dkt. 23, and Z.C.'s counsel filed additional materials in support of his requested fees, Dkt. 22.

The court is satisfied that the attorney fees are reasonable and that the plan for the use of the settlement proceeds is in the best interests of Z.C.

Stephanie C. offers to obtain a second mortgage in favor of Z.C. She is free to do so, but the court will not require it. However, should the proceeds not be applied to the purchase of the home as proposed, the settlement proceeds must be held in a separate fund for the benefit of Z.C. The court declines to appoint a guardian ad litem, because a guardian ad litem

is not necessary in light of the size of the settlement and the documented plan for the use of the settlement.

ORDER

IT IS ORDERED that:

1. Plaintiff Z.C.'s motion to approve the settlement agreement, Dkt. 13, is GRANTED.

2. Z.C.'s motion to appoint a guardian ad litem, Dkt. 12, is DENIED.

3. Z.C.'s complaint is dismissed with prejudice. The clerk of court is directed to close this case.

Entered July 21, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge